Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS,<br><br>　　　　　Plaintiff,<br>　　v.<br>VIRGINIA HARBOR SERVICES, INC., ET AL.,<br><br>　　　　　Defendants. | No.: SACV 11-437-GW (FFMx)<br><br>**ORDER FOR DISTRIBUTION OF ADDITIONAL INTEREST FROM SETTLEMENT FUND**<br><br>**Judge: Honorable George H. Wu** |

Upon consideration of Plaintiff Board of Commissioners of the Port of New Orleans' Notice of Lodging of [Proposed] Order for Distribution of Additional Interest from Settlement Fund, and the following information:

1. All of the proceeds in the *Port of New Orleans* Settlement Fund have been fully and completely distributed to the Court-approved claimants pursuant to the Court's order (D.E. 101);

2. All of the claimants' checks have been cashed;

3. After distribution of the Settlement Fund proceeds, there remained $16,174.08 in the *Port of New Orleans* Settlement Fund to be paid to A.B. Data for claims administration services. This payment was approved by the Court (D.E.s 99, 100);

4. Plaintiff retained this amount in the Settlement Fund until A.B. Data completed the claims administration services. A.B. Data's services are now essentially complete; and

5. In the interim, the $16,174.08 retained for A.B. Data in the *Port of New Orleans* Settlement Fund earned the *de minimis* amount of $1.78 in additional interest, it is hereby **ORDERED** as follows:

1. The Court authorizes distribution of the *de minimis* interest earned in the Settlement Fund of $1.78 to A.B. Data.

DONE AND ORDERED in Chambers in Los Angeles, California this 6th day of June, 2013.

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE